IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA SEABRON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| AMTRAK, | : | |
| Defendant. | : | NO. 13-2033 |

## **ORDER**

AND NOW, this 15th day of July, 2013, upon consideration of Plaintiff Patricia Seabron's Motion to Remand (Doc. No. 7) and the filings related thereto, it is hereby ORDERED that Plaintiff Patricia Seabron's Motion is DENIED. It is further ORDERED that Plaintiff's Motion for an Extension of Time (Doc. No. 12) is DENIED.

                                                     BY THE COURT:

                                                     S/Gene E.K. Pratter
                                                     GENE E.K. PRATTER
                                                     United States District Judge